BEFORE THE THIRD DIVISION, FEBRUARY 4, 1948

**No. 52156.**—Park & Tilford Import Corp. *v.* United States, protest 116507–K (New York).

Opinion by JOHNSON, J At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision.cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as not landed, is subject to an allowance in duties and internal revenue taxes. The protest was sustained to this extent.

**No. 52157.**—R. Dixon & Co., Inc. *v.* United States, protest 134296–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that of the 500 cases of melons described on the invoice, the United States Inspector reported 96 cases as manifested, not found, and that said 96 cases were not in fact received by the importer. In accordance with stipulation and following *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) the court sustained the protest and directed the collector to make refund of duties taken upon the 96 cases of melons as manifested, not found.

**No. 52158.**—Economu-Ritsos Co. *v.* United States, protest 124049–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation and following the decision cited it was held that the quantities reported by the inspector as not landed are subject to an allowance in duties as claimed. The protest was sustained to this extent.

**No. 52159.**—W. Stuart Smith et al. *v.* United States, protests 124062–K, etc. (Cleveland).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protests were therefore overruled.